THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHN P. GONZALEZ, | CASE NO. C19-0186-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CRETE CARRIER CORPORATION, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend certain deadlines (Dkt. No. 10). The motion is GRANTED. Defendant must respond to Plaintiff's complaint by March 7, 2019. The deadline for any party to move to transfer venue or to remand is the earlier of: (1) April 1, 2019 or (2) the date that Defendant advises Plaintiff's counsel in writing that it does not intend to transfer venue. In the event that Defendant advises Plaintiff's counsel that it will not move to transfer venue, Plaintiff's counsel shall not move to remand.

DATED this 19th day of February 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C19-0186-JCC
PAGE - 1