# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN P. GONZALEZ,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>CRETE CARRIER CORPORATION,<br><br>　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C19-0186-JCC |

__　　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The case is DISMISSED without prejudice.

DATED this 20th day of May 2019.

　　　　　　　　　　　　　　　　　　　　　WILLIAM M. MCCOOL
　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　 /s/ *Tomas Hernandez*
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk